■ In the Matter of GEORGE S. GOODRIDGE, an Attorney, Resignor. [951 NYS2d 431]—Voluntary resignation accepted and

name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Sept. 7, 2012.)